## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID SMITH,<br>      Plaintiff,<br><br>vs.<br><br>BROWN UNIVERSITY,<br><br>DAVIS CONSULTING GROUP, LLC, and<br><br>DONNA DAVIS, Individually<br>      Defendants. | Case No.: 1:22-cv-00329<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

**AND NOW**, this 19th day of September 2022, upon consideration of Plaintiff's Motion For Emergency Injunctive Relief, it is **ORDERED** that Plaintiff's Motion is **GRANTED**. Upon review of Plaintiff's submission and after hearing preliminary arguments from the parties during a conference held on September 13, 2022, the Court has determined that Plaintiff has sufficiently demonstrated a high likelihood of success on the merits and that Plaintiff will suffer immediate irreparable harm without relief. This Court further finds that in weighing the relative hardships between the parties and the public interest factors, allowing David Smith to remain a fully enrolled student in good community standing subject to a continuing mutual No-Contact order as set forth below is appropriate. It is further **ORDERED** as follows:

Brown University shall immediately restore all rights and privileges to David Smith as a fully enrolled student in good community standing at Brown University. Brown University is further enjoined from limiting in any way David Smith's participation in university athletics or extracurricular activities.

Brown University shall continue to maintain a mutual no-contact order between David Smith and Jane Roe for the 2022-23 academic year, which shall be issued in consultation with both students.

This Temporary Restraining Order shall remain in effect until further Order of the Court and is without prejudice to Brown University's rights to raise all of its defenses to the allegations and claims pled in Plaintiff's Verified Complaint.

                                            **IT IS SO ORDERED**

_____
John J. McConnell, Jr.

Date: September 19, 2022