## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID SMITH, a pseudonym, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 1:22-cv-00329-JJM-PAS |
| | : | |
| BROWN UNIVERSITY, et al., | : | |
| | : | |
| Defendants | : | |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME
## FOR DEFENDANT TO RESPOND TO THE VERIFIED COMPLAINT

Defendants, Donna Davis and Davis Consulting, LLC, moves for an extension of time until October 13, 2022 to respond to Plaintiff's Verified Complaint. As reason for this request, Defendants state the following:

1. Defendants' counsel voluntarily accepted service of process on September 15, 2022, setting the current October 6, 2022 response date.

2. Plaintiff's Verified Complaint spans 103 pages and 387 paragraphs, and Defendants require additional time to respond fully to the allegations.

3. The requested ten-day extension to October 16, 2022 will not cause undue delay in this litigation.

4. Before filing this Motion, Defendants' counsel conferred with Plaintiff's counsel to discuss the requested extension and confirm that there is no objection to its allowance.

**LITCHFIELD CAVO, LLP**

**BY:**   */s/ Luana DiSarra Scavone*
**Luana Disarra Scavone**
6 Kimball Lane
Suite 200
Lynnfield, MA 01940
Phone: 781-309-1500
Fax: 781-246-0167
Email: disarra@litchfieldcavo.com

and

**Joel I. Fishbein**
1515 Market Street
Suite 1220
Philadelphia, PA 19102
Phone: 215.999.5771
Fax: 215.557.3771
Email: fishbein@litchfieldcavo.com
(pro hac vice pending)

## CERTIFICATION

I, Luana DiSarra Scavone, hereby certify that on the 3rd day of October, 2022, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants

*/s/ Luana DiSarra Scavone*
Luana Disarra Scavone