UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID SMITH,<br>   *Plaintiff*,<br><br> vs.<br><br>BROWN UNIVERSITY,<br>DAVIS CONSULTING GROUP, LLC, and<br>DONNA DAVIS, Individually<br>   *Defendants*. | Case No.: 1:22-cv-00329-JJM-PAS |

## ASSENTED TO MOTION TO CONTINUE

Now comes the Plaintiff, David Smith, by and through counsel, and hereby moves this Honorable Court to continue the Rule 16(b) Pretrial Scheduling Conference and Status Conference, currently scheduled on January 4, 2023. As grounds, Plaintiff avers that due to previously scheduled obligations, counsel for the Plaintiff is unable to attend this event.

Defendants' counsel has no objection and assents to this continuance request. If granted, we respectfully ask that the Court consider rescheduling this matter to January 9, 2023, a date which has been agreed upon by all counsel of record.

WHEREFORE, Plaintiff asks that this motion be granted, and the conferences be rescheduled.

| | |
|---|---|
| /s/ Maria F. Deaton | /s/ Patricia M. Hamill |
| Patrick C. Lynch, Esq. (#4867) | Patricia M. Hamill, Esq. |
| Maria F. Deaton, Esq. (#7286) | Andrew S. Gallinaro, Esq. |
| Lynch & Pine Attorneys at Law, LLC | Conrad O'Brien, PC |
| One Park Row, Fifth Floor | 1500 Market Street, Suite 3900 |
| Providence, RI 02903 | Centre Square, West Tower |
| (401) 274-3306 | Philadelphia, PA 19102 |
| plynch@lynchpine.com | (215) 864-9600 |
| mdeaton@lynchpine.com | phamill@conradobrien.com |
| | agallinaro@conradobrien.com |

2

*/s/ Douglas F. Gansler*
Douglas F. Gansler, Esq.
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, DC 20001
(202) 862-2300
douglas.gansler@cwt.com

## CERTIFICATE OF SERVICE

I, Maria F. Deaton, certify that on December 19, 2022, this document was electronically filed through the Court's CM/ECF system and is available for viewing and downloading to all registered counsel of record.

/s/ Maria F. Deaton
Maria F. Deaton, Esq. (#7286)
Lynch & Pine, Attorneys at Law
One Park Row, Fifth Floor
Providence, RI 02903
(401) 274-3306
mdeaton@lynchpine.com
