# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **DAVID SMITH, a pseudonym,** *Plaintiff*, v. **BROWN UNIVERSITY, DAVIS CONSULTING GROUP, LLC,** and **DONNA DAVIS, individually** *Defendants*. | C.A. No. 1:22-cv-00329-JJM-PAS |

## STIPULATION EXTENDING DEFENDANT BROWN UNIVERSITY'S TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

Plaintiff David Smith and Defendant Brown University ("Brown") stipulate that Brown shall have up to and including March 24, 2023 to respond to Plaintiff's First Set of Interrogatories and First Request for Production of Documents.

| PLAINTIFF | DEFENDANT |
|---|---|
| DAVID SMITH | BROWN UNIVERSITY |
| By His Attorneys, | By Its Attorneys, |
| /s/ Patrick C. Lynch | /s/ Steven M. Richard |
| Patrick C. Lynch, Esq. (#4867) | Steven M. Richard (#4403) |
| Maria F. Deaton, Esq. (#7286) | Nixon Peabody LLP |
| Lynch & Pine, Attorneys at Law | One Citizens Plaza, Suite 500 |
| One Park Row, Fifth Floor | Providence, RI 02903 |
| Providence, RI 02903 | Tel: 401-454-1020 |
| Tel: (401) 274-3306 | Fax: 401-454-1030 |
| plynch@lynchpine.com | srichard@nixonpeabody.com |
| mdeaton@lynchpine.com | |

Dated: March 6, 2023

4884-9084-0148.1

Patricia M. Hamill, Esq. (pro hac vice)
Andrew S. Gallinaro, Esq. (pro hac vice)
Clark Hill
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8500
phamill@clarkhill.com
agallinaro@clarkhill.com


Douglas F. Gansler, Esq. (pro hac vice)
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, DC 2000
Tel: (202) 862-2300
douglas.gansler@cwt.com


## CERTIFICATE OF SERVICE

I certify that, on March 6, 2023, this stipulation was filed and served via the Court's CM/ECF system.

/s/ Steven M. Richard

4884-9084-0148.1