# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| DAVID SMITH, | ) |
| Plaintiff, | ) Case No.: 1:22-cv-00329 |
| vs. | ) |
| BROWN UNIVERSITY, DAVIS CONSULTING GROUP, LLC, and DONNA DAVIS, Individually | ) |
| Defendants. | ) |

## WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Andrew S. Gallinaro hereby submits his withdrawal of appearance as counsel of record for plaintiff David Smith in connection with the above-captioned matter.

I therefore respectfully request that my name and email address be removed from the official docket and service list.

> *s/Andrew S. Gallinaro*
> Andrew S. Gallinaro, Esquire
> Clark Hill PLC
> Two Commerce Square
> 2001 Market Street, Suite 2620
> Philadelphia, PA 19103
> (215) 640-8500
> agallinaro@clarkhill.com

## CERTIFICATE OF SERVICE

I, Andrew S. Gallinaro, hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Withdrawal of Appearance to be electronically filed pursuant to the Court's electronic court filing system, and that the document is available for downloading and viewing from the electronic court filing system.

Dated: August 9, 2023                                  *s/ Andrew S. Gallinaro*
                                                                         Andrew S. Gallinaro, Esquire