**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| DAVID SMITH, | ) |
| | ) |
|                 Plaintiff, | ) |
|      v. | ) |
| | ) |
| BROWN UNIVERSITY, | )     Case No.: 1:22-cv-00329 |
| DAVIS CONSULTING GROUP, LLC, and | ) |
| DONNA DAVIS, Individually, | ) |
| | ) |
|                 Defendants. | ) |
| _____ | ) |

## ADDENDUM TO STIPULATED AGREEMENT

Pursuant to the Court's Order on Plaintiff's Motion to Compel, (ECF No. 49), Plaintiff

David Smith and Defendants Brown University, Davis Consulting Group, LLC, and Donna Davis

respectfully request that the Court extend the discovery deadlines as follows:

1. Factual Discovery to be completed by 04/30/2024.

2. Plaintiff Expert Disclosures shall be made by 5/31/2024.

3. Defendant Expert Disclosures shall be made by 7/1/2024.

4. All Expert Discovery to be completed by 8/1/2024.

5. Dispositive Motions to be filed by 9/4/2024.

**Dated: October 6, 2023**


| | |
|---|---|
| */s Maria F. Deaton* | */s Steven M. Richard* |
| Patrick C. Lynch, Esq. (#4867) | Steven M. Richard |
| Maria F. Deaton, Esq. (#7286) | Nixon Peabody LLP |
| Lynch & Pine, Attorneys at Law | One Citizens Plaza, Suite 500 |
| One Park Row, Fifth Floor | Providence, RI 02903 |
| Providence, RI 02903 | (401) 454-1020 |
| (401) 274-3306 | srichard@nixonpeabody.com |
| plynch@lynchpine.com | |
| mdeaton@lynchpine.com | *Attorney for Defendant Brown University* |

Douglas F. Gansler, Esq. (*pro hac vice*)
Cadwalader, Wickersham & Taft LLP
douglas.gansler@cwt.com

Patricia M. Hamill, Esq. (*pro hac vice*)
Christopher M. Lucca, Esq. (*pro hac vice*)
Clark Hill PLC

*Attorneys for Plaintiff David Smith*

*/s Joel I. Fishbein*
Joel I. Fishbein
1515 Market Street
Suite 1220
Philadelphia, PA 19102
(215) 999-5771
fishbein@LitchfieldCavo.com

*Attorney for Defendant Davis Consulting
Group, LLC and Donna Davis*


**IT IS SO ORDERED.**


_____
                                              **J.**

2

**CERTIFICATION**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on October 6, 2023.

/s/ Maria F. Deaton, Esq.

Maria F. Deaton, Esq. (#7286)

Lynch & Pine, Attorneys at Law One Park Row, Fifth Floor Providence, RI 02903

(401) 274-3306

mdeaton@lynchpine.com