## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID SMITH, a pseudonym, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : C.A. No. 1:22-cv-00329-JJM-PAS |
| | : |
| BROWN UNIVERSITY, et al., | : |
| | : |
| Defendants | : |

### **WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Joel I. Fishbein, admitted *pro hac vice,* on behalf of the Defendants, The Davis Consulting Group, LLC and Donna Davis, in the above-referenced matter.

                                        Respectfully submitted,
                                        The Defendants,
                                        THE DAVIS CONSULTING GROUP, LLC
                                        AND DONNA DAVIS,
                                        By Their Attorney,

*/s/ Laurie L. Christensen*_____
Laurie L. Christensen – (RI Bar #8379)
Audrey L. Bradley – (RI Bar #9445)
Litchfield Cavo, LLP
4 Richmond Square, Suite 100
Providence, RI 02906
Phone: (401) 427-4202
Fax: (781) 246-0167
christensen@litchfieldcavo.com
bradleya@litchfieldcavo.com

*/s/ Joel I. Fishbein*_____
Joel I. Fishbein, *pro hac vice*
Litchfield Cavo LLP
1515 Market Street - Suite 1220
Philadelphia, PA 19102
Phone: 215.999.5771
Fax: 215.557.3771
Email: fishbein@litchfieldcavo.com

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

    I, Laurie L. Christensen, hereby certify that on the 9th day of January 9, 2024, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants

                                        */s/ Laurie L. Christensen*
                                        Laurie L. Christensen