## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

DAVID SMITH, a pseudonym,       :
       :
       Plaintiff    :
       :
    v.       :      C.A. No. 1:22-cv-00329-JJM-PAS
       :
BROWN UNIVERSITY,  et al.,       :
       :
       Defendants   :

## WITHDRAWAL OF APPEARANCE OF COUNSEL

Please withdraw my appearance as counsel for the Defendants, The Davis Consulting

Group, LLC and Donna Davis, in the above-referenced matter.

Respectfully submitted,

The Defendants,
The Davis Consulting Group, LLC
and Donna Davis,
By Their Attorney,

_____
Audrey L. Bradley – (RI Bar #9445)
Litchfield Cavo, LLP
4 Richmond Square, Suite 100
Providence, RI 02906
Phone: (401) 427-4201
Fax: (781) 246-0167
bradleya@litchfieldcavo.com

Date:  December 13, 2024

1

## CERTIFICATE OF SERVICE

I, Audrey L. Bradley, hereby certify that on the 24th day of December, 2024, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants

Audrey Bradley