**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| DAVID SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BROWN UNIVERSITY, | )   Case No.: 1:22-cv-00329 |
| DAVIS CONSULTING GROUP, LLC, and | ) |
| DONNA DAVIS, Individually, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF DAVID SMITH'S MOTION FOR RECONSIDERATION**
**OR, IN THE ALTERNATIVE, TO AMEND ORDER**
**TO INCLUDE CERTIFICATION FOR INTERLOCUTORY APPEAL**
**UNDER 28 U.S.C. § 1292(b) AND FOR STAY PENDING APPEAL**

Plaintiff David Smith, by and through undersigned counsel, respectfully moves to reconsider the Court's decision to grant Brown's Motion for Partial Summary Judgment as to Count III (Negligent Supervision, Hiring, and Training) of David's Amended Complaint. In the alternative, David respectfully moves pursuant to 28 U.S.C. § 1292(b), to amend the Court's Order dated April 1, 2025 (ECF No. 157) to include a certification for interlocutory appeal, and for a stay pending that appeal. The grounds in support of this motion are set forth in the accompanying brief.

Dated: April 17, 2025                          Respectfully submitted,

By: */s/ Maria F. Deaton*                    By: */s/ Patricia M. Hamill*
    Patrick C. Lynch, Esq. (#4867)              Patricia M. Hamill, Esq. (*pro hac vice*)
    Maria F. Deaton, Esq. (#7286)              Christopher M. Lucca, Esq. (*pro hac vice*)
    Lynch & Pine, Attorneys at Law              Clark Hill PLC
    One Park Row, Fifth Floor                    Two Commerce Square
    Providence, RI 02903                          2001 Market Street, Suite 2620
    (401) 274-3306                                Philadelphia, PA 19103
    plynch@lynchpine.com                          (215) 640-8500
    mdeaton@lynchpine.com                        phamill@clarkhill.com
                                                  clucca@clarkhill.com

By: */s/ Douglas F. Gansler*
    Douglas F. Gansler, Esq. (*pro hac vice*)
    Cadwalader, Wickersham & Taft LLP

1919 Pennsylvania Avenue N.W.
Washington, DC 20006
(202) 862-2300
douglas.gansler@cwt.com
*Attorneys for Plaintiff David Smith*

## CERTIFICATE OF SERVICE

I, Maria F. Deaton, certify that on the date set forth below, this document was electronically filed through the Court's CM/ECF system and is available for viewing and downloading to all registered counsel of record.

Dated: April 17, 2025

/s/ Maria F. Deaton
Maria F. Deaton, Esq. (#7286)
Lynch & Pine, Attorneys at Law
One Park Row, Fifth Floor
Providence, RI 02903
(401) 274-3306
mdeaton@lynchpine.com